174 A.3d 503

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ANDRE MELLS, A/K/A RAHMEL JONES, RAMEEL JONES, JOSH MELLS, RAHJAN MILLS, ANDRE WHITE, AUNDRE MELLS, TYREE WHITE, JAMALE EDWARDS, TYRELL WHITE, TYR-EE SCOTT, DEFENDANT–PETITIONER.

C–94 September Term 2017
079261

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001035–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.